UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TIMOTHY HASTON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>RESURGENT CAPITAL SERVICES, L.P., FRONTLINE ASSET STRATEGIES, LLC, and JOHN DOES 1-5,<br><br>Defendants. | Case No. 2:20-cv-01008-WSH |

**MOTION TO CERTIFY CLASS FOR SETTLEMENT PURPOSES
AND FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**

Plaintiff Timothy Haston seeks final approval of the Parties' Settlement Agreement (the "Agreement"). Plaintiff respectfully requests that the Court grant final approval of the Agreement, and certify the Class defined in the Agreement for settlement. In support of this request, Plaintiff submits the accompanying brief and declaration. For the reasons set forth in the accompanying brief, Plaintiff respectfully requests that the Court enter the Final Approval Order attached to this motion, grant final approval, and certify the proposed Class.

Respectfully submitted,

Dated: April 11, 2024     By:  /s/ *Kevin Abramowicz*
Kevin Abramowicz
Kevin Tucker
Chandler Steiger
Stephanie Moore
**East End Trial Group LLC**
6901 Lynn Way, Suite 215
Pittsburgh, PA 15208
(412) 223-5740 – office
(412) 626-7101 – fax
kabramowicz@eastendtrialgroup.com
ktucker@eastendtrialgroup.com
csteiger@eastendtrialgroup.com
smoore@eastendtrialgroup.com

Eugene D. Frank
**Law Offices of Eugene D. Frank, P.C.**
3202 McKnight East Drive
Pittsburgh, PA 15237
(412) 366-4276 – office
(412) 366-4305 – fax
efrank@edf-law.com

*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that, on April 11, 2024, this Motion To Certify Class For Settlement Purposes And For Final Approval Of Class Action Settlement was served by electronic means via the Court's CM/ECF system upon the following:

Jessica G. Lucas
**Gordon Rees Scully Mansukhani, LLP**
707 Grant Street, Suite 3800
Pittsburgh, PA 15219
(412) 577-7400
jlucas@grsm.com

*/s/ Kevin Abramowicz*
Kevin Abramowicz